No. 26-1538

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Jul 20, 2026
KELLY L. STEPHENS, Clerk

XUAN HIEU PHAM, )
)
    Petitioner - Appellee, )
)
v. )        O R D E R
)
KEVIN RAYCRAFT, Acting Detroit Field )
Office Director for U.S. Immigration and )
Customs Enforcement, et al., )
)
    Respondents - Appellants. )

The respondents appeal the district court's judgment conditionally granting the petitioner's 28 U.S.C. § 2241 petition. The petitioner moves to hold proceedings in abeyance pending the Supreme Court's ruling in *Genalo v. Black*, (No. 25-886). No response to the motion was received.

Upon review, the petitioner's motion is GRANTED, insofar as briefing will be held in abeyance pending *Genalo*. The petitioner shall file a status report every 60 days and within 14 days of the Supreme Court's ruling.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

*Kelly L. Stephens*

Kelly L. Stephens, Clerk